IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATHANIEL ARNOLD<br>11429 Deepwood Drive<br>Bowie, Maryland 20720 | * | |
| *Plaintiff* | * | |
| v. | * | Case No.: |
| UNITED PARCEL SERVICE, INC.<br>55 Glenlake Parkway, NE<br>Atlanta, Georgia 30328 | * | |
| *Defendant* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF'S COMPLAINT

COMES NOW the Plaintiff, Nathaniel Arnold, by and through his attorneys, Neil S. Hyman, of the Law Office of Neil S. Hyman LLC, and Christopher J. Smith, Esq., of The Law Office of Christopher J. Smith, LLC, and hereby sues the Defendant, United Parcel Service, Inc. In support thereof, Plaintiff states as follows:

### PARTIES, JURISDICTION, & VENUE

1. Plaintiff is a resident of the State of Maryland.

2. Defendant is a foreign corporation that regularly does business in the State of Maryland.

3. Plaintiff was, at all times relevant hereto, an employee of the Defendant.

4. Venue is proper before this Honorable Court, as Maryland is the locale in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b)(2).

5. Jurisdiction is proper before this Honorable Court as Plaintiff has asserted violations of federal statutes. 28 U.S.C. § 1331.

## FACTS COMMON TO ALL COUNTS

6. Plaintiff was, at all times relevant hereto, an employee of the Defendant.

7. Plaintiff, at all times relevant hereto, has been an African-American.

8. In or about February 2024, Plaintiff, along with a number of other drivers, were suspended and investigated for time fraud.

9. Plaintiff, at no time hereto, committed time fraud against the Defendant.

10. Rather, Plaintiff's partner and teammate submitted all time entries, not Plaintiff.

11. In or about May 2025, Plaintiff was terminated for the alleged time fraud.

12. However, of the drivers investigated, the Caucasian drivers were allowed to return to work with little to no discipline or repercussions.

## COUNT I
### (Violation of 42 U.S.C. § 1981)

13. Plaintiff realleges and incorporates by reference all preceding paragraphs as if fully stated herein.

14. Pursuant to 42 U.S.C. § 1981, a person may not be discriminated against or otherwise derived full and equal benefits of the laws based on a person's race. 42 U.S.C. § 1981.

15. Plaintiff was, at all times relevant hereto, an employee of the Defendant.

16. Plaintiff was, at all times relevant hereto, an African-American.

17. Plaintiff was suspended and ultimately terminated due to Plaintiff's race as an African-American.

18. Similarly situated employees outside of Plaintiff's protected class did not experience the same type of discipline as Plaintiff.

19. More specifically, other similarly situated drivers, who were Caucasian, were investigated for the same allegations but were allowed to return to work with little to no discipline.

20. Therefore, the Defendant discriminated against Plaintiff due to Plaintiff's race.

WHEREFORE, Plaintiff respectfully requests judgment against the Defendant, United Parcel Service, Inc., in an amount in excess of $75,000.00, plus punitive damages, pre- and post-judgment interest, attorneys' fees, and costs.

Respectfully Submitted,

*/s/Neil S. Hyman*
Neil S. Hyman, Esq.
Bar No. 15158
Law Office of Neil S. Hyman, LLC
4520 East West Highway, Suite 700
Bethesda, Maryland 20814
301-841-7105 (p)
neil@neilhymanlaw.com

Christopher J. Smith, Esq.
Bar No. 20459
The Law Office of Christopher J. Smith, LLC
257 Market Street, Suite 100
Gaithersburg, Maryland 20878
(301) 760-7460 (Office)
(301) 760-7469 (Direct)
cjs@christopherjsmithlaw.com
*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff, Nathaniel Arnold, hereby demands a trial by jury on all issues raised herein.

*/s/Neil S. Hyman*
Neil S. Hyman, Esq.